STATE OF NEW JERSEY v. RODNEY KIDD.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK HUFF.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT RAINE.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FOSTER.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH JOHNSON.

October 20, 1987.

Petition for certification denied.